PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

SHAANA RAHMAN, Esq. (SBN 195519)
RAHMAN LAW PC
369 Pine Street, Suite 600
San Francisco, CA 94104
Telephone:  415/956-9245
Facsimile:   415/956-9246
shaana@rahmanlawsf.com

Attorneys for Plaintiff
RAE ELLEN LEONARD

* *Defendant City of Capitola's counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAE ELLEN LEONARD

     Plaintiff,

v.

CITY OF CAPITOLA; COUNTY OF
SANTA CRUZ; and DOES 1-100,
Inclusive,

     Defendants.

CASE NO.   C13-3714 JST

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME UNDER
F.R.C.P. RULE 12(F)**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56, and the parties to this stipulation want to make best efforts to settle this case without litigation;

WHEREAS, Plaintiff's deadline for filing a motion under FRCP Rule 12(f) to strike insufficient defenses from the Answer of defendant is October 18, 2013;

WHEREAS, Plaintiff and defendant City of Capitola have tried unsuccessfully to resolve their disputes over the Answer informally.  However, they wish to avoid the necessity of plaintiff filing a Rule 12(f) motion until/unless mediation does not succeed; THEREFORE:

IT IS HEREBY STIPULATED by and among all parties that the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed.  It is also stipulated that 1) the parties shall meet and confer within 7 days after the mediation has been certified as completed; 2) that defendant City of Capitola shall thereafter be allowed an opportunity to voluntarily amend its Answer prior to Plaintiff filing any rule 12(f) motion; 3) that any amended Answer shall be filed no later than 7 days after the parties meet and confer.

STIPULATION TO EXTEND TIME UNDER
FRCP RULE 12(F)
CASE NO. C13-3714 JST                    - 2 -

Date:  October 16, 2013                    LAW OFFICE OF PAUL L. REIN


                                           By:    /s/ Catherine Cabalo
                                           CATHERINE CABALO, ESQ.
                                           Attorneys for Plaintiff
                                           RAE ELLEN LEONARD

Date:  October 16, 2013                    LAW OFFICES OF VINCENT P. HURLEY,
                                           PC


                                           By:    /s/ Vincent P. Hurley
                                           VINCENT P. HURLEY, ESQ.
                                           Attorneys for Defendant
                                           CITY OF CAPITOLA




                                    **ORDER**

        Pursuant to the stipulation of the parties, and for good cause shown, it is hereby

ORDERED that the deadline for plaintiff to file any motion under Federal Rule of

Civil Procedure 12(f) be extended to 21 days past the date the mediator certifies that

mediation under General Order 56 has been completed.   The parties shall meet and

confer within 7 days after the mediation has been certified as completed.  Defendant

City of Capitola shall thereafter be allowed an opportunity to voluntarily amend their

Answer prior to plaintiff filing any rule 12(f) motion.  Any amended Answer shall be

filed no later than 7 days after the parties meet and confer.

IT IS SO ORDERED.


Dated:  October 17, 2013

                                       Judge _____

STIPULATION TO EXTEND TIME UNDER
FRCP RULE 12(F)
CASE NO. C13-3714 JST

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on October 16, 2013, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein, received the concurrence of Vincent P. Hurley in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo