Case3:13-cv-03714-JST Document15 Filed11/25/13 Page1 of 4

PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

SHAANA RAHMAN, Esq. (SBN 195519)
RAHMAN LAW PC
369 Pine Street, Suite 600
San Francisco, CA 94104
Telephone: 415/956-9245
Facsimile: 415/956-9246
shaana@rahmanlawsf.com

Attorneys for Plaintiff
RAE ELLEN LEONARD

** Defendant City of Capitola's counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAE ELLEN LEONARD

Plaintiff,

v.

CITY OF CAPITOLA; COUNTY OF SANTA CRUZ; and DOES 1-100, Inclusive,

Defendants.

CASE NO. C13-3714 JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE GENERAL ORDER 56 DEADLINE**

STIPULATION AND [~~PROPOSED]~~ ORDER
TO CONTINUE GO 56 DEADLINE
CASE NO. C13-3714 JST
- 1 -
S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx

Case3:13-cv-03714-JST Document15 Filed11/25/13 Page2 of 4

VINCENT P. HURLEY, Esq. (SBN 111215)
AMANDA M. COHEN, Esq. (SBN 243946)
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, CA 95003
Telephone: 831/661-4800
Facsimile: 831/661-4804

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

## STIPULATION

Plaintiff RAE ELLEN LEONARD ("Plaintiff") and defendant CITY OF CAPITOLA (the "City") hereby jointly stipulate and request through their attorneys of record that the deadline to conduct a site inspection under General Order 56 be continued. This first request for an extension of time of the General Order 56 site inspection deadline is based on the following good cause:

1. The parties have continued to work cooperatively in the spirit of General Order 56 to exchange relevant information.
2. Cooperative, pre-litigation site investigations were conducted in May 2013.
3. Plaintiff provided the City with her access consultant's report on September 26, 2013. The City is in the process of reviewing the report so that it may respond.
4. The parties have met and conferred and are in the process of evaluating whether a General Order 56 site inspection is necessary.
5. The parties therefore jointly stipulate and request that the Court continue the deadline to complete a General Order 56 site inspection to January 17, 2014. This is the first joint request for a continuance of the site inspection deadline by the parties in this case.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE GO 56 DEADLINE
CASE NO. C13-3714 JST - 2 -
S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx

Date: November 21, 2013

LAW OFFICE OF PAUL L. REIN

By: */s/ Catherine Cabalo*
CATHERINE CABALO, ESQ.
Attorneys for Plaintiff
RAE ELLEN LEONARD

Date: November 21, 2013

LAW OFFICES OF VINCENT P. HURLEY, PC

By: */s/ Amanda Cohen*
AMANDA COHEN, ESQ.
Attorneys for Defendant
CITY OF CAPITOLA

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The deadline to complete a site inspection under General Order 56 is hereby continued to January 17, 2014.

Dated: November 25, 2013

HON JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on November 21, 2013, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein, received the concurrence of Amanda Cohen in the filing of this document.

                                                   */s/ Catherine Cabalo*
                                                 Catherine Cabalo