1   PAUL L. REIN, Esq. (SBN 43053)
2   CELIA MCGUINNESS, Esq. (SBN 159420)
    CATHERINE CABALO (SBN 248198)
3   LAW OFFICES OF PAUL L. REIN
4   200 Lakeside Drive, Suite A
    Oakland, CA  94612
5   Telephone:  510/832-5001
6   Facsimile:   510/832-4787
    reinlawoffice@aol.com
7

8   SHAANA RAHMAN, Esq. (SBN 195519)
    RAHMAN LAW PC
9   369 Pine Street, Suite 600
10  San Francisco, CA 94104
    Telephone:  415/956-9245
11  Facsimile:   415/956-9246
12  shaana@rahmanlawsf.com

13  Attorneys for Plaintiff
14  RAE ELLEN LEONARD

15  *Defendant City of Capitola's counsel listed after the caption.*

16
17                      UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19
    RAE ELLEN LEONARD                    CASE NO.   C13-3714 JST
20
          Plaintiff,
21
    v.
22
    CITY OF CAPITOLA; COUNTY OF          **STIPULATION AND [PROPOSED]**
23  SANTA CRUZ; and DOES 1-100,          **ORDER TO CONTINUE GENERAL**
                                         **ORDER 56 DEADLINE**
24  Inclusive,

25
          Defendants.
26

27

28  STIPULATION AND [PROPOSED] ORDER
    TO CONTINUE GO 56 DEADLINE
    CASE NO. C13-3714 JST                          - 1 -
    S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx

VINCENT P. HURLEY, Esq. (SBN 111215)
AMANDA M. COHEN, Esq. (SBN 243946)
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, CA  95003
Telephone:   831/661-4800
Facsimile:   831/661-4804

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

## STIPULATION

Plaintiff RAE ELLEN LEONARD ("Plaintiff") and defendant CITY OF CAPITOLA (the "City") hereby jointly stipulate and request through their attorneys of record that the deadline to conduct a site inspection under General Order 56 be continued.  This first request for an extension of time of the General Order 56 site inspection deadline is based on the following good cause:

1. The parties have continued to work cooperatively in the spirit of General Order 56 to exchange relevant information.

2. Cooperative, pre-litigation site investigations were conducted in May 2013.

3. Plaintiff provided the City with her access consultant's report on September 26, 2013.  The City is in the process of reviewing the report so that it may respond.

4. The parties have met and conferred and are in the process of evaluating whether a General Order 56 site inspection is necessary.

5. The parties therefore jointly stipulate and request that the Court continue the deadline to complete a General Order 56 site inspection to January 17, 2014.  This is the first joint request for a continuance of the site inspection deadline by the parties in this case.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE GO 56 DEADLINE
CASE NO. C13-3714 JST                                                      - 2 -
S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx

1

2    Date:  November 21, 2013          LAW OFFICE OF PAUL L. REIN

3

4                                      By:___/s/ Catherine Cabalo_____
                                       CATHERINE CABALO, ESQ.
5                                      Attorneys for Plaintiff
                                       RAE ELLEN LEONARD
6

7    Date:  November 21, 2013          LAW OFFICES OF VINCENT P. HURLEY,
                                       PC
8

9                                      By:___/s/ Amanda Cohen_____
                                       AMANDA COHEN, ESQ.
10                                     Attorneys for Defendant
                                       CITY OF CAPITOLA
11

12

13

14                                  **ORDER**

15          Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO

16   ORDERED.  The deadline to complete a site inspection under General Order 56 is

17   hereby continued to January 17, 2014.

18

19

20   Dated:  November 25, 2013        _____
                                      HON. JON S. TIGAR
21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     TO CONTINUE GO 56 DEADLINE
     CASE NO. C13-3714 JST                          - 3 -
     S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx

1

## **FILER'S ATTESTATION**

2      Pursuant to General Order 45, section X(B), I hereby attest that on November

3   21, 2013, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein,

4   received the concurrence of Amanda Cohen in the filing of this document.

5

6                                         */s/ Catherine Cabalo*
                                         Catherine Cabalo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
TO CONTINUE GO 56 DEADLINE
CASE NO. C13-3714 JST                                    - 4 -
S:\CASES\CAPITOLA\PLEADINGS\STIPULATIONS\Stip to continue GO 56 site inspection deadline.docx